IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE A.F.**, <br><br> Plaintiff, <br><br> v. <br><br> **LYFT, INC., et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 23-3990-KSM** |

## ORDER

**AND NOW**, this 14th day of May, 2024, following a conference call with the parties, it is hereby **ORDERED** that Defendant Lyft, Inc.'s Motion for Contempt and Sanctions against Non-party Holistic Counseling Services (Doc. No. 63) is **DENIED** as **MOOT**.[1]

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] Defense counsel informed the Court that following the conference call, Holistic Counseling Services has produced the requested documents and that Defendant Lyft would like to withdraw its motion as moot.