IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE A.F.**,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**LYFT, INC.**,<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 23-3990-KSM** |

## ORDER

**AND NOW**, this 10th day of October, 2024, upon consideration of Defendant Lyft's motion to strike and dismiss Count II of Plaintiff's Second Amended Complaint and to dismiss Plaintiff's demand for punitive damages, (Doc. No. 92), it is **ORDERED** that Lyft's motion to strike Count II of Plaintiff's Second Amended Complaint is **GRANTED**, and Lyft's motion to dismiss Plaintiff's demand for punitive damages is **DENIED**.  In addition, Lyft's motion for a protective order and stay regarding product liability discovery, (Doc. No. 100), is **DENIED** as moot.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.